952

General of North Carolina, *Ralph Moody*, Assistant Attorney General, *J. C. B. Ehringhaus, Jr.* and *Kenneth C. Royall* for petitioners. *Robert L. Carter, Thurgood Marshall, Frank D. Reeves* and *Spottswood W. Robinson, III*, for respondents.

Nos. 753 and 754. CHASE ET AL. *v.* AUSTRIAN ET AL., TRUSTEES, ET AL. C. A. 4th Cir. Certiorari denied. *T. Roland Berner* and *George E. Allen, Sr.* for petitioners. *Solicitor General Perlman, John F. Davis, Roger S. Foster* and *Manuel F. Cohen* for the Securities & Exchange Commission; and *Saul J. Lance, Walter H. Brown, Jr., Lewis C. Williams, Thomas C. Egan, George Rosier, Victor Brudney* and *Francis E. Walter* for Austrian et al., respondents.

No. 756. KLEIN ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *George F. Callaghan* for petitioners. *Solicitor General Perlman* for the United States.

No. 201. SACHER ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Paul L. Ross, Martin Popper, Earl B. Dickerson, Patrick H. O'Brien, Robert W. Kenny, Joseph Forer, Bernard Jaffe* and *Thomas D. McBride* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 300. HALLINAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.